JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-00712-SSS-SHKx | Date | May 7, 2024 |
| Title | David L. Greer, et al. v. Landmark Am. Ins. Co., et al. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER REMANDING CASE TO RIVERSIDE SUPERIOR COURT**

On May 1, 2024, Defendants Landmark American Insurance Company ("Landmark") and RSUI Group, Inc. were ordered to show cause why this case should not be remanded to Riverside Superior Court for lack of subject matter jurisdiction. [Dkt. 10]. Defendants filed their response noting that they do not oppose or intend to file a response to the order to show cause. [*See* Dkt. 11]. The Court construes their response as a concession that this Court lacks subject matter jurisdiction over this case because Plaintiffs lack Article III standing. [*See* Dkt. 10].

In light of Defendants' response, this case is **REMANDED** to Riverside Superior Court for lack of subject matter jurisdiction. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**